IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Metcalf, Brian K | Case Number: 07 B 22602 |
| | Judge: Wedoff, Eugene R |
| Printed: 02/24/09 | Filed: 12/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 8, 2009
Confirmed: January 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,160.60 |  |
| Secured: |  | 2,328.33 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 638.77 |
| Trustee Fee: |  | 193.50 |
| Other Funds: |  | 0.00 |
| Totals: | 3,160.60 | 3,160.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 638.77 |
| 2. | Toyota Motor Credit Corporatio | Secured | 27,157.11 | 2,328.33 |
| 3. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 4. | Toyota Motor Credit Corporatio | Unsecured | 0.00 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 155.61 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 27.85 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 97.60 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 83.98 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 53.50 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 39.43 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 108.78 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 221.66 | 0.00 |
| 13. | Wells Fargo Bank | Unsecured | | No Claim Filed |
| 14. | Advance America | Unsecured | | No Claim Filed |
| 15. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 16. | First American Cash Advance | Unsecured | | No Claim Filed |
| 17. | Financial Service Center Of IL | Unsecured | | No Claim Filed |
| 18. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 19. | Nationwide Recovery Sys | Unsecured | | No Claim Filed |
| 20. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 21. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 22. | Anchor Receivables Management | Unsecured | | No Claim Filed |
| 23. | Superior Asset Management | Unsecured | | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 25. | TCF Bank | Unsecured | | No Claim Filed |
| | | | $ 31,438.52 | $ 2,967.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Metcalf, Brian K

Printed: 02/24/09

Case Number: 07 B 22602
Judge: Wedoff, Eugene R
Filed: 12/1/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 59.82 |
| 6.5% | 118.83 |
| 6.6% | 14.85 |
| | $ 193.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: